UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-086-APG-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO MODIFY PRETRIAL CONDITIONS** |
| BRIAN AYER, | |
| Defendant. | |

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pretrial release conditions of the defendant be modified to permit day passes for Mr. Ayer to visit with his family at his grandmother's house for the following dates and times:

August 17, 2015 from 10:00 a.m. to 6:00 p.m.

August 18, 2015 from 10:00 a.m. to 6:00 p.m.

August 19, 2015 from 10:00 a.m. to 6:00 p.m.

August 20, 2015 from 10:00 a.m. to 6:00 p.m.

August 21, 2015 from 10:00 a.m. to 6:00 p.m.

Dated: August 12, 2015.

_____
UNITED STATES DISTRICT JUDGE

4