RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Brian Ayer

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN AYER,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00086-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Brian Ayer, that the Revocation Hearing currently scheduled on July 31, 2019 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty (40) days.

This Stipulation is entered into for the following reasons:

1. The parties anticipate that this matter will be resolved. However, the defense needs additional time to continue investigating the case.

2. Mr. Ayer is currently in a program at Nevada Southern Detention Center that deals with changing his thinking. Additional time is requested to allow Mr. Ayer to complete the program.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 19th day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By */s/ Christopher Burton*<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00086-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| BRIAN AYER, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, July 31, 2019 at 9:30 a.m., be vacated and continued to October 3, 2019 at the hour of 9:30 a.m.

DATED this 19th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE